UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mariana Gavris,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Target Corporation,<br><br>　　　　Defendant. | No. 17-cv-00603-MCE-CMK<br><br><br>**RELATED CASE ORDER** |
| Steven R. O'Neil,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Target Corporation,<br><br>　　　　Defendant. | No. 17-cv-01253-KJM-CMK |
| Lorri Beaver,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Target Corporation,<br><br>　　　　Defendant. | No. 17-cv-01254-MCE-CMK |

The Court has received the Notice of Related Case filed in each of the cases above on June 16, 2017.

Examination of the above-entitled civil actions reveals that these actions are related within the meaning of Local Rule 123(a) (E.D. Cal. 1997). The actions involve the same defendant and are based on the same or similar claims, the same property transaction or event, similar questions of fact and the same questions of law, and would therefore entail a substantial duplication of labor if heard by different judges.

Accordingly, the assignment of the matters to the same judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the action is affected. Under the regular practice of this court, related cases are generally assigned to the district judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated 17-cv-1253-KJM-CMK is reassigned to District Judge Morrison C. England, Jr. and Magistrate Judge Craig M. Kellison for all further proceedings, and any dates currently set in 17-cv-1253-KJM-CMK are hereby VACATED. The Clerk of the Court is to issue the Initial Pretrial Scheduling Order. Henceforth, the caption on documents filed in the reassigned case shall be shown as 17-cv-1253-MCE-CMK.

Because 17-cv-1254-MCE-CMK and 17-cv-0603-MCE-CMK were already assigned to the same district judge, this Order is issued for informational purposes only and shall have no effect on the status of those cases.

///
///
///
///
///

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustments in the assignment of cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated: June 29, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE