T. James Fisher CSB. No. 64079
1721 Court Street
P.O. Box 990460
Redding, CA 96099-0460

**John P. Kelley CSB No. 168904**
LAW OFFICES OF
**MORGAN & KELLEY**
833 MISTLETOE LANE, Ste. 100
REDDING, CALIFORNIA 96002
(530) 221-8150
FAX (530) 221-7963
John@Reddinglaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIANA GAVRIS,<br><br>　　　　Plaintiff<br><br>v.<br><br>TARGET CORPORATION.<br>and DOES 1 through 10, Inclusive,<br><br>　　　　Defendants.<br>_____/ | No. 2:17-cv-00603-MCE-CMK<br><br>STIPULATION AND REQUEST FOR AN ORDER MODIFYING THE INITIAL PRETRIAL SCHEDULING ORDER |

The Court's Initial Pretrial Scheduling Order, ECF No. 4, states discovery, with the exception of experts, shall close three hundred sixty-five (365) from the date the federal case was opened.  This matter was opened with the filing of the Complaint, ECF No. 1, on March 21, 2017.  Despite the best efforts of the parties and counsel and diligent progress having been made, the parties will not be able to complete discovery by March 21, 2018.  Defendant Target recently substituted its counsel of record, ECF No. 12, on January 3, 2018.  Scheduled depositions were continued and rescheduled

1

so Defendant Target's new counsel, Barbara Antonucci, would have sufficient time to become familiar with case.

Therefore, the parties, by and through their counsel, hereby stipulate, and request the Court order, the Initial Pretrial Scheduling Order, ECF No. 4, be modified so the close of non-expert discovery is moved from March 21, 2018, to May 21, 2018, and all of the deadlines that run from the close of non-expert discovery including, but not limited to, the deadlines for expert designation and to file dispositive motions, are similarly continued according to the terms of the Initial Pretrial Scheduling Order, ECF No. 4. All other provisions of the Initial Pretrial Scheduling Order, ECF No. 4, to remain in effect.

DATED: January 19, 2018

                    MORGAN & KELLEY

                    By: /s/ John P. Kelley
                        JOHN P. KELLEY
                        Attorneys for Plaintiff

DATED: January 19, 2018

                    COSTANGY, BROOKS, SMITH & PROPHETE, LLP

                    By: /s/ Barbara I. Antonucci
                       Barbara I. Antonucci
                       Attorneys for Defendant

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, the Initial Pretrial Scheduling Order, ECF No. 4, is modified as follows: the close of discovery shall be extended from March 21, 2018, to **May 21, 2018**; all of the deadlines that run from the close of non-expert discovery including, but not limited to, the deadlines for expert designation and to file dispositive motions, are similarly continued according to the terms of the Initial Pretrial Scheduling Order, ECF No. 4. All other provisions of the Initial Pretrial Scheduling Order, ECF No. 4, shall remain in effect.

IT IS SO ORDERED.

Dated: January 22, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE