# UNITED STATES DISTRICT COURT

Eastern **District of** California

MARIANA GAVRIS,
Plaintiff (s),

V.

TARGET CORPORATION,

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 2:17-cv-00603-MCE-CMK

Notice is hereby given that, subject to approval by the court, __Defendant Target Corporation__ substitutes
(Party (s) Name)

__Elizabeth A. Falcone__, State Bar No. __219084__ as counsel of record in place
(Name of New Attorney)

place of __L. Julius M. Turman, Philip J. Smith, Christin Lawler, and Barbara Antonucci__ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Ogletree, Deakins, Nash, Smoak & Stewart, P.C. |
| Address: | 222 SW Columbia Street, Suite 1500, Portland, OR 97201 |
| Telephone: | 503-552-2140     Facsimile  503-224-4518 |
| E-Mail (Optional): | elizabeth.falcone@ogletree.com |

I consent to the above substitution.

Date: 4/24/2018

s/ Megan Kelley
Director & ER Counsel for Target
(Signature of Party (s))

I consent to being substituted.

Date: 4/23/2018

Constangy, Brooks, Smith & Prophete
s/ Barbara Antonucci
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 4/24/2018

s/ Elizabeth A. Falcone
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Dated: May 17, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE