Elizabeth A. Falcone, CA Bar No. 219084
elizabeth.falcone@ogletree.com
Amanda C. Van Wieren, *admitted pro hac vice*
amanda.vanwieren@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500
Portland, OR 97201
Telephone: 503.552.2140
Facsimile: 503.224.4518

Attorneys for Defendant
TARGET CORPORATION

T. James Fisher, CA Bar No. 64079
fisherlawoffice@sbcglobal.net
1721 Court Street
Redding, CA 96001
Telephone: 530.244.0909
Facsimile: 530.244.0923

Attorney for Plaintiff
MARIANA GAVRIS

[*Additional Counsel Listed on Next Page*]

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIANA GAVRIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TARGET CORPORATION, and DOES 1 THROUGH 10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:17-cv-00603-MCE-CMK<br><br>**STIPULATION AND ORDER EXTENDING PRETRIAL DEADLINES**<br><br>Complaint Filed:　March 21, 2017<br>Trial Date:　　　　Not Set<br>Judge: Hon. Morrison C. England, Jr. |

17cv0603.so.0608
MS.docx

John P. Kelley, CA Bar No. 168904
john@reddinglaw.com
LAW OFFICES OF MORGAN AND KELLEY
833 Mistletoe Ln. Suite 100
Redding, Ca 96002
Telephone:  530.221.8150
Facsimile:   530.221.7963

Attorney for Plaintiff
MARIANA GAVRIS

Plaintiff Mariana Gavris ("Plaintiff") and Defendant Target Corporation ("Defendant"), by and through their undersigned counsel of record, hereby stipulate to extend the pretrial deadlines set forth in the Court's January 23, 2018 Order Modifying the Initial Pretrial Scheduling Order (Dkt. 14), as follows:

- Close of non-expert discovery: from May 21, 2018, to **August 3, 2018**;
- Expert disclosures due: from July 20, 2018, to **October 2, 2018**; and
- Rebuttal expert disclosures due: from August 20, 2018, to **November 1, 2018**.

Pursuant to Local Rule 144(b), the parties certify that this is the second extension sought with regard to the above-referenced deadlines; the parties previously stipulated to and obtained a 60-day extension. *See* Dkt. 14.

This extension is being sought to align the pretrial deadlines in this matter with those in the two cases pending before this Court that are designated as related, *O'Neil v. Target Corporation*, Case No. 17-cv-01253-MCE-CMK, and *Beaver v. Target Corporation*, Case No. 17-cv-01254-MCE-CMK, in which the parties are seeking an extension of pretrial deadlines due to the unavailability of the Plaintiffs' counsel, who was in trial during the month of May in an unrelated matter and therefore unable to make himself available to confer on discovery disputes or attend depositions relevant to one or more of the cases, and to allow Defendant's new counsel, Elizabeth A. Falcone and Amanda C. Van Wieren of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., whose substitution and appearance were approved by the Court on May 17, 2018, and May 23, 2018, respectively, sufficient time to familiarize themselves with the factual and procedural histories of these cases. *See* Dkt. Nos. 18 & 20. The extension requested herein will not prejudice any party or delay trial in this matter, as no extension of the dispositive motion deadline (now set for **November 16, 2018**, *see* Dkt. 14), which deadline triggers the trial date in this

/ / /

/ / /

17cv0603.so.0608
MS.docx

matter (*see* Dkt. 4, at 4), is being sought.  This request is made in good faith and not for the purpose of delay.

IT IS SO STIPULATED.

Respectfully submitted,

DATED:  June 6, 2018                    T. JAMES FISHER, ATTORNEY AT LAW


By: /s/ T. James Fisher (as authorized on 6/6/18)
    T. James Fisher

    Attorney for Plaintiff
    MARIANA GAVRIS


DATED:  June 6, 2018                    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: /s/ Elizabeth A. Falcone
    Elizabeth A. Falcone
    Amanda C. Van Wieren

    Attorneys for Defendant
    TARGET CORPORATION

17cv0603.so.0608
MS.docx

The Court, having reviewed the Stipulation of the Parties and finding good cause, hereby ORDERS that the deadlines set forth in the Court's January 23, 2018 Order Modifying the Initial Pretrial Scheduling Order (ECF No. 14) be extended as follows:

- Close of non-expert discovery: from May 21, 2018, to **August 3, 2018**;
- Expert disclosures due: from July 20, 2018, to **October 2, 2018**; and
- Rebuttal expert disclosures due: from August 20, 2018, to **November 1, 2018**.

The Court further orders that, notwithstanding the above, the close of expert discovery and the deadline for dispositive motions, **November 16, 2018**, shall continue to be effective. Additionally, consistent with the Court's Initial Pretrial Scheduling Order (ECF No. 4), the parties are ordered to file a Joint Notice of Trial Readiness not later than thirty (30) days after receiving this Court's ruling(s) on the last filed dispositive motion, or if no dispositive motion is filed, by **November 30, 2018**.

IT IS SO ORDERED.

Dated: June 13, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

17cv0603.so.0608
MS.docx