Elizabeth A. Falcone, CA Bar No. 219084
elizabeth.falcone@ogletree.com
Amanda C. Van Wieren, *admitted pro hac vice*
amanda.vanwieren@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500
Portland, OR  97201
Telephone:  503.552.2140
Facsimile:   503.224.4518

Attorneys for Defendant
TARGET CORPORATION

T. James Fisher, CA Bar No. 64079
fisherlawoffice@sbcglobal.net
1721 Court Street
Redding, CA 96001
Telephone:  530.244.0909
Facsimile:   530.244.0923

Attorney for Plaintiff
MARIANA GAVRIS

[*Additional Counsel Listed on Next Page*]

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIANA GAVRIS,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, and DOES 1 THROUGH 10, inclusive,<br><br>Defendants. | Case No. 2:17-cv-00603-MCE-CMK<br><br>**STIPULATION AND ORDER TO EXTEND THE DISCOVERY CUT-OFF DATE FOR THE LIMITED PURPOSE OF RESOLVING PENDING MOTIONS TO COMPEL (DKT. NOS. 23 & 24)**<br><br>Complaint Filed:  March 21, 2017<br>Trial Date:            Not Set<br>Judge: Hon. Morrison C. England, Jr.<br>Magistrate Judge: Hon. Craig M. Kellison |

1  John P. Kelley, CA Bar No. 168904
   john@reddinglaw.com
2  LAW OFFICES OF MORGAN AND KELLEY
   833 Mistletoe Ln. Suite 100
3  Redding, Ca 96002
   Telephone:   530.221.8150
4  Facsimile:    530.221.7963

5  Attorney for Plaintiff
   MARIANA GAVRIS

17cv0603.so.0711.MS.docx

Plaintiff Mariana Gavris ("Plaintiff") and Defendant Target Corporation ("Target"), by and through their undersigned counsel of record, hereby stipulate to extend the close of non-expert discovery from August 3, 2018, to **August 25, 2018**, for the limited purpose of resolving, if necessary, Target's Notice of Motion and Motion to Compel Additional Time for Plaintiff's Deposition, to Compel Rule 26 Disclosures, and to Compel Further Responses to Written Discovery (Dkt. 23) and Plaintiff's Notice of Motion and Motion to Compel Further Responses to Written Discovery, for Additional Depsitions [*sic*] and for Compliance with FRCP 34 (Dkt. 24). Pursuant to Local Rule 144(b), the parties certify that this is the third extension sought with regard to the close of non-expert discovery, but the first scheduling change sought with regard to these discovery motions. The parties previously stipulated to and obtained a 60-day extension of the discovery cut-off date; thereafter, the parties stipulated to and obtained a 74-day extension of the discovery cut-off date. Dkt. Nos. 14 & 22.

This extension is being sought to allow Target's and Plaintiff's previously-filed discovery motions to be heard by Magistrate Judge Kellison, and for the parties to take any discovery ordered by Judge Kellison as a result of those motions, *after* the parties' private mediation, which is scheduled for July 24, 2018. Target and Plaintiff filed their motions to compel on July 3, 2018, and July 5, 2018, respectively (*see* Dkt. Nos. 23 & 24), in time for such motions to be heard and any discovery ordered as a result of those motions to be completed before the current discovery cut-off date, August 3, 2018 (*see* Dkt. 22). *See* Local Rule 251(a) (providing 21-day notice period for discovery motions). However, Judge Kellison's staff has advised counsel that Judge Kellison will be on vacation during portions of July and August, and so discovery motions must either be heard before he departs for vacation, on July 18, 2018, or after he returns, on August 15, 2018.

Initially, the parties were prepared to stipulate to a shortened notice period and proceed on July 18, 2018, *see* Dkt. Nos. 23 & 24, meaning that joint statements

regarding their motions would have been due on July 11, 2018, *see* Local Rule 251(a). However, as noted, the parties have now agreed to participate in a mediation on July 24, 2018. Accordingly, continuing the hearing date to August 15, 2018 (making the due date for joint statements August 8, 2018), would promote conservation of party and judicial resources so that the parties can explore whether this case can be resolved at mediation before expending further time and effort and utilizing Court resources on potentially unnecessary motion practice. Should this case not resolve at mediation, however, the requested extension will be necessary so that Judge Kellison can hear such motions after he returns from vacation, and so that the parties can compete any discovery he may order as a result of those motions during the discovery period.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: July 11, 2018            T. JAMES FISHER, ATTORNEY AT LAW

By: s/T. James Fisher
T. James Fisher

Attorney for Plaintiff
MARIANA GAVRIS

DATED: July 11, 2018            OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: s/Elizabeth A. Falcone
Elizabeth A. Falcone
Amanda C. Van Wieren
Attorneys for Defendant
TARGET CORPORATION

17cv0603.so.0711MS.docx

2    Case No. 2:17-cv-00603-MCE-CMK
STIPULATION AND ORDER EXTENDING DISCOVERY CUT-OFF DATE FOR LIMITED PURPOSE OF RESOLVING PENDING MOTIONS TO COMPEL (DKT. NOS. 23 & 24)

# ORDER

The Court, having reviewed the Stipulation of the Parties and finding good cause, hereby ORDERS that the close of non-expert discovery be extended from August 3, 2018, to **August 25, 2018**, for the limited purpose of resolving, if necessary, Target's Notice of Motion and Motion to Compel Additional Time for Plaintiff's Deposition, to Compel Rule 26 Disclosures, and to Compel Further Responses to Written Discovery (ECF No. 23) and Plaintiff's Notice of Motion and Motion to Compel Further Responses to Written Discovery, for Additional Depositions and for Compliance with FRCP 34 (ECF No. 24), and allowing the parties to take any discovery ordered by the Court in connection with those motions.

IT IS SO ORDERED.

Dated: July 17, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

17cv0603.so.0711MS.docx