# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIANA GAVRIS, | No. 2:17-CV-0603-MCE-CMK |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| TARGET CORPORATION, | |
| Defendant. | |
| _____ / | |

Plaintiff, who is proceeding with retained counsel, brings this civil action. Pending before the court are the parties' motions to compel (Docs. 27 and 28) set for hearing on August 15, 2018, before the undersigned in Redding, California. Both motions are hereby removed from the court's calendar and terminated as pending motions for failure to file a joint statement as required by Eastern District of California Local Rule 251(a) or declaration pursuant to Local Rule 251(d). The court's next available hearing date is September 12, 2018.

IT IS SO ORDERED.

DATED: August 10, 2018

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1