Elizabeth A. Falcone, CA Bar No. 219084
elizabeth.falcone@ogletree.com
Amanda C. Van Wieren, *admitted pro hac vice*
amanda.vanwieren@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500
Portland, OR 97201
Telephone: 503.552.2140
Facsimile: 503.224.4518

Attorneys for Defendant
TARGET CORPORATION

T. James Fisher, CA Bar No. 64079
fisherlawoffice@sbcglobal.net
1721 Court Street
Redding, CA 96001
Telephone: 530.244.0909
Facsimile: 530.244.0923

Attorney for Plaintiff
MARIANA GAVRIS

[*Additional Counsel Listed on Next Page*]

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIANA GAVRIS,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, and DOES 1 THROUGH 10, inclusive,<br><br>Defendants. | Case No. 2:17-cv-00603-MCE-DMC<br><br>**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE PURSUANT TO FRCP 41(a) AND ORDER**<br><br>Complaint Filed: March 21, 2017<br>Trial Date: Not Set<br>Judge: Hon. Morrison C. England, Jr.<br>Magistrate Judge: Hon. Dennis M. Cota |

John P. Kelley, CA Bar No. 168904
john@reddinglaw.com
LAW OFFICES OF MORGAN AND KELLEY
833 Mistletoe Ln. Suite 100
Redding, Ca 96002
Telephone:   530.221.8150
Facsimile:    530.221.7963

Attorney for Plaintiff
MARIANA GAVRIS

17cv00603.so.0920.MS.docx

i    Case No. 2:17-cv-00603-MCE-DMC
STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE PURSUANT TO FRCP 41(A) AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff MARIANA GAVRIS and counsel for Defendant TARGET CORPORATION, that pursuant to Federal Rule of Civil Procedure 41(a)(1), the above-captioned action shall be and hereby is dismissed with prejudice in its entirety as to all claims and with respect to all parties, with each party to bear its or her own costs and attorneys' fees.

DATED: September 18, 2018    T. JAMES FISHER, ATTORNEY AT LAW

By: s/T. James Fisher[1]
T. James Fisher
Attorney for Plaintiff
MARIANA GAVRIS

DATED: September 18, 2018    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: s/Elizabeth A. Falcone
Elizabeth A. Falcone
Amanda C. Van Wieren
Attorneys for Defendant
TARGET CORPORATION

/ / /
/ / /
/ / /
/ / /
/ / /

---

[1] Authorization for electronic signature given by email on September 18, 2018.

**ORDER**

Pursuant to a stipulation of the parties, IT IS HEREBY ORDERED that:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1) of the Federal Rules of Civil Procedure, the above captioned action is hereby dismissed in its entirety with prejudice, with each party to bear its own costs, attorney fees and expenses.

2. The matter having now been concluded in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: September 20, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE